# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

| | |
|---|---|
| **Debtor:** | TERRY HOWE & TINA MICHELLE CARTER |
| **Case Number:** | 11-01300-AJM-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 26, 2011 01:30 PM   IP 311 |
| **Bankruptcy Judge:** | ANTHONY J. METZ |
| **Courtroom Clerk:** | ROBIN STANLEY |
| **Reporter / ECR:** | MARCELLA LOCKERT |

## Matters:

1) Hearing on Objection to Confirmation of Plan filed by Santander Consumer USA  [15]
   **R / M #:**   0 / 0

2) Hearing: Trustee's Objection to Confirmation of Plan [16]
   **R / M #:**   0 / 0

## Appearances:

AMY BAKER, ATTORNEY FOR TERRY HOWE CARTER, TINA MICHELLE CARTER
EDWARD MULLIGAN, ATTORNEY FOR SANTANDER CONSUMER USA INC.,F/K/A DRIVE
Brian Brothers, Appearing for Trustee, Ann DeLaney

## Proceedings:

(1) DISPOSITION: Evidentiary hearing scheduled for 6/30/11 at  9:00 a.m. Room 329. (Notice given in court - no further notice needed). (2) DISPOSITION: Hearing held. Amended Plan to be filed within 28 days. Failure to comply will result in dismissal without further notice or hearing.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**